# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161726(26)


PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ADRIAN LAMONT WILLIAMS,
       Defendant-Appellant.
_____/

SC: 161726
COA: 353468
Saginaw CC: 18-045345-FH;
       18-045410-FC

On order of the Chief Justice, the third motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 12, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk